# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00694-CR

**Lasaro Cortez, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT NO. 63990, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Lasaro Cortez was placed on deferred adjudication community supervision after he pleaded guilty to possessing more than one gram of cocaine with intent to deliver and true to a previous felony conviction alleged for enhancement. *See* Tex. Health & Safety Code Ann. § 481.112(a), (c) (West 2010). The State later moved to adjudicate, alleging two violations of the conditions of supervision. Following a hearing, the trial court found the allegations to be true, adjudged appellant guilty, and imposed a fourteen-year prison sentence.

In his only issue on appeal, appellant contends that the evidence does not support the court's order that he pay $565 in attorney's fees. *See* Tex. Code Crim. Proc. Ann. art. 26.05(g) (West Supp. 2010); *Mayer v. State*, 309 S.W.3d 552, 556-57 (Tex. Crim. App. 2010). The State concedes that there is no evidence of a material change in appellant's financial status subsequent to his being found indigent.

The issue is sustained.  The judgment of conviction is modified to delete the order that appellant pay $565 in attorney's fees.  As modified, the judgment is affirmed.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Modified and, as Modified, Affirmed

Filed:   August 18, 2011

Do Not Publish